```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 14965
   MICHAEL E GIEGOLDT
   JANE A GIEGOLDT                        CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
       Debtor
   SSN XXX-XX-3581    SSN XXX-XX-5109


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/14/06 and confirmed on 01/12/07.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  93109.60 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | 26720.22 | .00 | 26720.22 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 8900.78 | .00 | 8900.78 |
| CAPITAL ONE AUTO FINANCE | SECURED | 21102.73 | 2387.72 | 21102.73 |
| CREDIT ACCEPTANCE CORP | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1348.84 | .00 | 1348.84 |
| AMERICREDIT FINANCIAL | UNSECURED | 12110.53 | .00 | 12110.53 |
| GALWAY FINANCIAL SERVICE | UNSECURED | 585.00 | .00 | 585.00 |
| CAPITAL ONE BANK | UNSECURED | 517.53 | .00 | 517.53 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| HANGER PROSTHETICS & ORT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 630.86 | .00 | 630.86 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1045.53 | .00 | 1045.53 |
| ILLINOIS LENDING | UNSECURED | 682.28 | .00 | 682.28 |
| ILLINOIS LENDING | UNSECURED | 1712.98 | .00 | 1712.98 |
| US FAST CASH | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 6087.32 | .00 | 6087.32 |
| ZIP CASH LLC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | NOTICE ONLY | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 61.41 | .00 | 61.41 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 56723.73 | 1348.84 | 23433.44 | .00 | 81506.01 |
| PRINCIPAL PAID | 56723.73 | 1348.84 | 23433.44 | .00 | 81506.01 |
| INTEREST PAID | 2387.72 | .00 | .00 | .00 | 2387.72 |
| TOTAL PAID | 59111.45 | 1348.84 | 23433.44 | .00 | 83893.73 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00 and was paid $   2000.00   direct and $   1000.00   through the plan.

The Trustee received $   4346.90 .

Refunds to the Debtor totaled $   3868.97 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
   Dated: 10/08/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```